No. 42701.—Protest 341064–G of Ovington Bros. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel the boxes and liqueur sets in question were held dutiable at 40 percent under para-

graph 339 as claimed. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445) and *Dow* v. *United States* (id. 282, T. D. 46816) cited.